IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS P. MOONEY, III,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| TERENCE MOORE, et al.<br>Respondents. | : | NO. 11-CV-193 |

FILED
SEP 08 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 8 day of Sept, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED with prejudice.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

BERLE M. SCHILLER, J.

ENTERED
SEP 08 2014
CLERK OF COURT